FILED

04/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0429

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0429

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

MATTHEW LYMAN TIPPETS,

 Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including May 19, 2021, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 12 2021